No. 309, Misc.   JOHNSON v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 310, Misc.   SMITH v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 311, Misc.   ZUBR v. RAGEN, WARDEN.   Circuit Court of Will County, Circuit Court of Sangamon County, and Supreme Court of Illinois.   Certiorari denied.

No. 312, Misc.   WILSON v. RAGEN, WARDEN.   Circuit Court of Kane County, Illinois.   Certiorari denied.

No. 325, Misc.   JOHNSON v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 335, Misc.   HAMBY v. RAGEN, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 343, Misc.   BAILEY v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 290, Misc.   GELLATLY v. WETMORE.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Stanley Suydam* and *John O. Dahlgren* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for respondent.

*Rehearing Denied.*

No. 71.   FEDERAL POWER COMMISSION v. EAST OHIO GAS CO. ET AL., 338 U. S. 464.   The petitions for rehearing